UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY DIER,<br>by her son and next friend JERRY L. DIER,<br><br>   Petitioner,<br><br>     v.<br><br>PHYLLIS MADACHY, Director,<br>Office of Aging, Howard County, Maryland,<br>*et al.*<br><br>   Respondents. | Civil Action No.07-106 (CKK) |

**SHOW CAUSE ORDER**

On January 17, 2007, Petitioner Dorothy Dier, by her son and next friend, Jerry L. Dier, filed a Petition for a Writ of Habeas Corpus for a Person Found Incapacitated in State Custody with this Court. The Petition indicates that venue is proper in this Court because a "substantial part of the events giving rise to the claim occurred" in the District of Columbia; however, the Court notes that "a district court has jurisdiction over a habeas petition 'only if it has jurisdiction' over' a petitioner's custodian." *Rooney v. Sec'y of the Army*, 405 F.3d 1029, 1032 n.1 (D.C. Cir. 2005). The Petition indicates that Petitioner Dier is currently located at Summit Park, in the State of Maryland, Baltimore County, under the custody and control of the State of Maryland, Howard County Circuit Court, and its designated agent – Petitioner Dier's court-appointed guardian – the Office of Aging, Howard County Maryland. As such, it appears that this Court lacks jurisdiction over Petitioner's custodian. Accordingly, it is, this 19th day of January, 2007, hereby

**ORDERED** that Petitioner shall SHOW CAUSE by February 1, 2007 as to why Petitioner believes this Court has jurisdiction to enter the writ of habeas corpus sought in the instant petition.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge