UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOROTHY DIER,
by her son and next friend JERRY L. DIER,

   Petitioner,

    v.

PHYLLIS MADACHY, Director,
Office of Aging, Howard County, Maryland,
*et al.*

   Respondents.

Civil Action No.07-106 (CKK)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 6th day of February, 2007, hereby

**ORDERED** that, on or before February 20, 2007, Petitioner shall provide the Court with notice of her desire to transfer Petitioner's [1] Petition for a Writ of Habeas Corpus to the United States District Court for the District of Maryland; it is further

**ORDERED** that if Petitioner fails to provide the Court with such notice, on February 20, 2007, the Court shall dismiss Petitioner's [1] Petition for a Writ of Habeas Corpus for lack of jurisdiction.

   **SO ORDERED.**

                                                                         /s/
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge