UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOROTHY DIER,
by her son and next friend JERRY L. DIER,

   Petitioner,

     v.

PHYLLIS MADACHY, Director,
Office of Aging, Howard County, Maryland,
*et al.*

   Respondents.

Civil Action No.07-106 (CKK)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 21st day of February, 2007, hereby

**ORDERED** that [6] Petitioner's Request for Reconsideration shall be DENIED; it is further

**ORDERED** that, as Petitioner has not indicated a desire to transfer the instant Petition to the United States District Court for the District of Maryland despite the Court's offer to do so, the instant Petition shall be DISMISSED without prejudice.

**SO ORDERED.**

*This is a final, appealable order.*

                                                   /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge